UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larrus Danyell Jones**                                        **Docket No. 5:13-CR-39-1BO**

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larrus Danyell Jones, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(D), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. 924(c)(1)(A), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 24, 2013, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Jones was released from custody on April 6, 2018, at which time the term of supervised release commenced. On May 28, 2018, a Motion for Revocation was submitted due to the defendant committing new criminal conduct (Driving While License Revoked and Simple Possession of Schedule VI Controlled Substance/Marijuana), failure to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer, and absconding supervision. A warrant was issued on May 23, 2018, and it was served on June 4, 2018. On July 30, 2018, a revocation hearing was held, and the defendant admitted to the violations contained in the Motion for Revocation. From the evidence presented, the court found as a fact that Jones, who appeared with counsel, had violated the terms and conditions of his judgment. The defendant was given credit for time served (57 days), placed back on supervised release, and the court ordered a status hearing in 6 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 6, 2018, the defendant tested positive for marijuana, and the specimen was confirmed by the laboratory on August 10, 2018. Additionally, the defendant failed to contact the probation officer on August 13, 2018. During a home inspection on August 15, 2018, Jones admitted to smoking marijuana on July 30, 2018, while in the Wake County Jail after his revocation hearing. Additionally, he admitted to smoking marijuana on August 12, 2018, and he signed an admission of drug use form. The defendant was verbally reprimanded for these violations and counseled about his actions. He has agreed to participate in substance abuse treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Larrus Danyell Jones
Docket No. 5:13-CR-39-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: August 16, 2018

### ORDER OF THE COURT

Considered and ordered this __16__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge